1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| CONSTRUCTION LABORERS TRUST FUNDS FOR SOUTHERN CALIFORNIA ADMINISTRATIVE COMPANY, a Delaware limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>L. J. ROTUNNO CONCRETE CONSTRUCTION, INC., a California corporation<br><br>Defendants. | CASE NO.: 2:19-cv-09078-JFW-KESx<br><br>ORDER TO SHOW CAUSE RE CONTEMPT |

Upon review of the application of the Plaintiff ("TRUST FUNDS") seeking an order requiring Defendant, L. J. ROTUNNO CONCRETE CONSTRUCTION, INC., a California corporation ("EMPLOYER") through Louis Joseph Rotunno, its responsible managing officer, to show cause why they should not be adjudged in civil contempt for failing and refusing to obey this Court's Interlocutory Order for Accounting entered on February 18, 2020 [docket no. 19] which requires them to produce books and records to the TRUST FUNDS for an audit, and to cooperate in all respects therewith for the TRUST FUNDS to determine whether EMPLOYER has

-1-

3901161

compiled with the reporting and payment obligations of her labor agreements and/or to determine the full amount of contributions due by the EMPLOYER to the TRUST FUNDS and any damages to the TRUST FUNDS for failure to pay any such contributions:

IT IS HEREBY ORDERED that:

1.  EMPLOYER and Louis Joseph Rotunno, the responsible managing officer of EMPLOYER are ordered to appear before the above-entitled Court on **July 13, 2020, at 1:30 p.m., in Courtroom 7A of the United States District Courthouse, located at 350 W. First Street, Los Angeles, California 90012** and show cause, if any, why an order should not be entered adjudging them guilty of failing and refusing to obey this Court's Interlocutory Order for Accounting.

2.  Service of a copy of this order and of the application upon which this order is based shall be made by mail and e-mail to Louis Joseph Rotunno at least fourteen (14) days prior to the hearing.

3.  If EMPLOYER and Louis Joseph Rotunno choose to file papers in opposition to the TRUST FUNDS' Order to Show Cause Re Contempt, they must do so no later than July 6, 2020.

Dated:  June 12, 2020

JOHN F. WALTER
UNITED STATES DISTRICT JUDGE

-2-